

# Fourth Court of Appeals
## San Antonio, Texas

April 28, 2015

No. 04-15-00244-CV

**IN RE** Sandra **SANDOVAL**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
             Marialyn Barnard, Justice
             Jason Pulliam, Justice

On April 23, 2015, relator filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real party in interest may file a response to the petition in this court no later than May 19, 2015.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on April 28, 2015.

PER CURIAM

ATTESTED TO: _____
                  Keith E. Hottle
                  Clerk of Court

---

[1] This proceeding arises out of Cause No. 2015-CI-04420, styled *In the Interest of N.I.V.S. and M.C.V.S., Minor Children*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Gloria Saldana presiding.